# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN (DAYTON) DIVISION

| | |
|---|---|
| **In re:** ) | **Case No 17-32838** |
| ) | |
| **Jeffrey G. Richmond** ) | **Chapter 13** |
| ) | |
| **Debtor(s).** ) | **Judge Guy R. Humphrey** |
| ) | |
| ) | **NOTICE OF APPEARANCE AND** |
| ) | **REQUEST FOR NOTICE AS IT RELATES** |
| ) | **TO 2023 VAL VISTA COURT, DAYTON,** |
| | **OH 45406** |

Please take notice that Sandhu Law Group, LLC, hereby enters its appearance as attorney for Tax Ease Ohio, LLC in the above proceeding and pursuant to Bankruptcy Rule 2002, requests that his name be added to the mailing list maintained by the Clerk in the above case and all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served on the following:

Sandhu Law Group, LLC
1213 Prospect Avenue, Suite 300
Cleveland, OH 44115

Please take further notice that the foregoing request includes notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitations, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answer and reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, deliver, telephone, or otherwise.

Respectfully submitted,

/s/ Austin B. Barnes, III
David T. Brady (0073127)
Austin B. Barnes III (0052130)
Sandhu Law Group, LLC
1213 Prospect Avenue, Suite 300
Cleveland, OH 44115
216-373-1001
216-373-1002
abarnes@sandhu-law.com
***Attorney for Tax Ease Ohio, LLC***

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 9th day of November, 2017, a true and correct copy of the foregoing Notice of Appearance and Request for Service filed by Tax Ease Ohio, LLC was served via the Court's electronic case filing system on the following who are listed on the Court's Electronic Mail Notice List:

Thomas M. Fesenmyer
fesenmyer_law@hotmail.com
*Attorney for Debtor*

Jeffrey M. Kellner
ecfclerk@dayton13.com
*Trustee*

Asst US Trustee (Dayton)
ustpregion09.cb.ecf@usdoj.gov
*US Trustee*

and by regular U.S. mail, postage prepaid, to:

Jeffrey G. Richmond
115 Horace Street
Dayton, OH 45402

/s/ Austin B. Barnes, III
David T. Brady (0073127)
Austin B. Barnes III (0052130)