# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

In Re:  :  Chapter 13
    Jeffrey G Richmond  :
    :  Case No. 17-32838
    :
    :  JUDGE HUMPHREY

## APPLICATION TO EMPLOY BOUCHER AND BOUCHER CO., LPA AND ATTORNEY JULIA C. KOLBER AS SPECIAL COUNSEL FOR THE DEBTOR

Debtor, Jeffrey Richmond (hereinafter "the Debtor"), respectfully represents that he had a liability claim against Dry Patrol, LLC which created additional equity for the Bankruptcy Estate. For that reason, the Debtor seeks to employ BOUCHER AND BOUCHER CO., LPA AND ATTORNEY JULIA C. KOLBER for the civil claim against Dry Patrol, LLC in accordance with 11 U.S.C. §327 and LBR 2014.

The Debtor believes that it is in the best interest of the bankruptcy estate, and that it is necessary that for BOUCHER AND BOUCHER CO., LPA be authorized to render the above-described legal services. BOUCHER AND BOUCHER CO., LPA is familiar with the claim of the Debtor and has had considerable experience in civil liability cases which makes them well-qualified to represent the Debtor and this Bankruptcy estate.

Julia C. Kolber is the case attorney for the Dry Patrol liability claim. She is an attorney at law, duly admitted to practice before the Montgomery County Court of Common Pleas and before all Ohio state courts.

To the best of the Debtor's knowledge, said BOUCHER AND BOUCHER CO., LPA does not and shall not during the pendency of this case, hold or represent any interest adverse to the bankruptcy estate and Julia C. Kolber is a disinterested person within the meaning of 11 U.S.C. § 101(14). The affidavit of Julia C. Kolber is attached hereto and incorporated herein by reference. *(See Exhibit A).*

BOUCHER AND BOUCHER CO., LPA entered into a written fee agreement with the Debtor herein which provides for an hourly rate of $250.00 per hour, with no contingency or flat fee agreements.

The Debtor requests that the same fee agreement apply to the proposed service as special counsel for the bankruptcy estate.

The Debtor submits that BOUCHER AND BOUCHER CO., LPA will not be paid attorney fees without further application and order by this Court.

The Debtor submits that it is consistent with the Bankruptcy Code that BOUCHER AND BOUCHER CO., LPA be authorized to represent the Debtor in his pending civil liability claim.

No previous application for the relief sought herein has been made to this or any other Court. BOUCHER AND BOUCHER CO., LPA has not entered into any agreement to share any fees awarded by the Court with any other party in interest, including the Chapter 13 Trustee.

WHEREFORE, the Debtor moves for an Order of this Court authorizing the retention and employment, as of the date of this Application, of BOUCHER AND BOUCHER CO., LPA as special counsel for the estate, to be compensated as set forth above.

Respectfully submitted,

/s/Julia C. Kolber
**Julia C. Kolber (0078855)**
**BOUCHER & BOUCHER CO., LPA**
12 W. Monument Ave., Suite 200
Dayton, OH 45402-1202
t: 937.223.0122
f: 937.223.0120
Email: Julia@boucherandboucher.com

/s/ Thomas M. Fesenmyer
Thomas M. Fesenmyer (0073901)
**FESENMYER LAW OFFICES, LLC**
Attorney for Debtor
120 W. 2nd St., Suite 1212
Dayton, OH 45402
t: 937.222.7472
f: 614.228.3882
Email: tom@fcwlegal.com

## NOTICE OF FILING OF APPLICATION TO EMPLOY SEPCIAL COUNSEL

Debtor in this case has filed papers with the Court to employ BOUCHER AND BOUCHER CO., LPA AND ATTORNEY JULIA C. KOLBER

**Your rights may be affected. You should read these papers carefully and discuss them your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.** If you do not want the Court to enter an order authorizing the employment of special counsel, or if you want the Court to consider your views on the Application, then on or before twenty-one (21) days from the date listed on the Certificate of Service below, you or your attorney must file with the Court a written response outlining your position and/or a written request for a hearing. If you mail your response/request to the Court, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

Thomas M. Fesenmyer
FESENMYER LAW OFFICES, LLC
Attorney for Debtor
120 W. 2nd St., Suite 1212
Dayton, OH 45402

Julia C. Kolber
Boucher & Boucher Co., LPA
12 W. Monument Ave., Suite 200
Dayton, OH 45402-1202

Office of the United States Trustee
170 N. High Street, Suite 200
Columbus, Ohio 43215

Jeffrey M. Kellner, Chapter 13 Trustee
131 N. Ludlow St., Suite 900
Dayton, OH 45402-1161

Jeffrey G. Richmond
115 Horace St.
Dayton, OH 45402

If the Court sets a hearing on your response/request, you must also attend the hearing. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing APPLICATION TO EMPLOY BOUCHER AND BOUCHER CO., LPA AND ATTORNEY JULIA C. KOLBER AS SPECIAL COUNSEL FOR THE DEBTOR was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on February 7th, 2018 addressed to:

**Debtor:**
Jeffrey G. Richmond
115 Horace St.
Dayton, OH 45402

**Creditors:**
See attached mailing list

/s/ Julia C. Kolber
**BOUCHER AND BOUCHER CO., LPA**

/s/ Thomas M. Fesenmyer
Thomas M. Fesenmyer (0073901)
**FESENMYER LAW OFFICES, LLC**

```
Label Matrix for local noticing            2011 2012 Opportunity Fund 6 1 LLC           2011-201 Opportunity Fund 6-1, LLC
0648-3                                     co Homeservicing LLC                         c/o SN Servicing
Case 3:17-bk-32838                         2431 S. Acadian Thruway, Ste. 525            323 Fifth Street
Southern District of Ohio                  Baton Rouge, LA 70808-2377                   Eureka, CA 95501-0305
Dayton
Wed Feb  7 12:15:02 EST 2018

(p)APPLIED BANK                            Asst US Trustee (Day)                        Austin B Barnes III
PO BOX 15809                               Office of the US Trustee                     Law Offices of Manbir S. Sandhu, LLC
WILMINGTON DE 19850-5809                   170 North High Street                        1213 Prospect Avenue, Suite 300
                                           Suite 200                                    Cleveland, OH 44115-1260
                                           Columbus, OH 43215-2417


Bayview Loan Servicing, LLC                (p)CAPITAL ONE                               Chase Mtg
Attn: Bankruptcy Dept.                     PO BOX 30285                                 P.o. Box 24696
4425 Ponce de Leon Blvd., 5th Floor        SALT LAKE CITY UT 84130-0285                 Columbus, OH 43224-0696
Miami, FL 33146-1837


Code C U I/l                               Credit Acceptance                            Credit One Bank Na
355 W Monument Ave                         Po Box 513                                   Po Box 98875
Dayton, OH 45402-3016                      Southfield, MI 48037-0513                    Las Vegas, NV 89193-8875



Creditonebnk                               Deutsche Bank National Trust Co. Trustee (Se Thomas M Fesenmyer
Po Box 98875                               c/o Specialized Loan Servicing LLC           Fesenmyer Law Offices, LLC
Las Vegas, NV 89193-8875                   8742 Lucent Blvd, Suite 300                  120 West Second Street, Suite 1212
                                           Highlands Ranch, Colorado 80129-2386         Dayton, OH 45402-1685


First Premier Bank                         G M A C                                      Adam Bradley Hall
601 S Minnesota Ave                        200 Renaissance Ctr                          Manley Deas Kochalski
Sioux Falls, SD 57104-4868                 Detroit, MI 48243-1300                       P.O. Box 165028
                                                                                        Columbus, OH 43216-5028


Homeserv Llc                               JPMorgan Chase Bank, NA                      Jeffrey M Kellner
314 S Franklin St                          c/o Manley Deas Kochalski LLC                131 N Ludlow St
Titusville, PA 16354-2168                  P.O. Box 165028                              Suite 900
                                           Columbus, OH 43216-5028                      Dayton, OH 45402-1161


MONTGOMERY COUNTY TREASURER                Midland Funding                              (p)MONTGOMERY COUNTY ENVIRONMENTAL SERVICES
451 WEST THIRD STREET                      2365 Northside Dr Ste 30                     1850 SPAULDING RD
DAYTON, OH 45422-0002                      San Diego, CA 92108-2709                     KETTERING OH 45432-3732



Montgomery County Treasurer                Matthew Murtland                             Nationstar Mortgage, LLC
451 W. Third St.                           Shapiro, Van Ess, Phillips & Barragate       ALDRIDGE PITE, LLP
P.O. Box 972                               4805 Montgomery Road, Suite 320              4375 Jutland Drive, Suite 200
Dayton, OH 45422-1000                      Cincinnati, OH 45212-2280                    P.O. Box 17933
                                                                                        San Diego, CA 92177-7921


Nationstar/mr. Cooper                      Navient                                      Navient Solutions, LLC. on behalf of
350 Highland Dr                            Po Box 9500                                  United Student Aid Funds, Inc.
Lewisville, TX 75067-4177                  Wilkes Barre, PA 18773-9500                  Attn: Bankruptcy Litigation Unit E3149
                                                                                        PO Box 9430
                                                                                        Wilkes Barre, PA 18773-9430
```

| | | |
|---|---|---|
| Novastar Financial<br>1900 West 47th Place Suite 205<br>Shawnee Mission, KS 66205-1852 | OCWEN Loan Servicing<br>12650 Ingenuity Dr.<br>Orlando, FL 32826-2703 | Ocwen Loan Servicing L<br>12650 Ingenuity Dr<br>Orlando, FL 32826-2703 |
| Ocwen Loan Servicing, LLC<br>1661 Worthington Road, Suite 100<br>West Palm Beaach, FL 33409-6493 | Ocwen Loan Servicing, LLC<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33409-6493 | Paul T. Saba, Esq.<br>Stagnaro, Saba & Patterson Co., LPA<br>2623 Erie Ave.<br>Cincinnati, OH 45208-2001 |
| Pnc Bank<br>2730 Liberty Ave<br>Pittsburgh, PA 15222-4747 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Jeffery G. Richmond<br>115 Horace St.<br>Dayton, OH 45402-8316 |
| Ron's Auto Sales<br>7901 N Main St<br>Dayton, OH 45415-2329 | Rons Auto Sales<br>7901 N. Main St.<br>Dayton, OH 45415-2329 | S&N Servicing Corp<br>323 5th St.<br>Eureka, CA 95501-0305 |
| Paul T Saba<br>Stagnaro Saba & Patterson<br>2623 Erie Ave.<br>Cincinnati, OH 45208-2001 | Suzanne M. Godenswager<br>1213 Prospect Ave., Suite 300<br>Cleveland, OH 44115-1260 | Syncb/sams Club<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Tax Ease Ohio LLC<br>14901 Quorum Dr., Suite 900<br>Dallas, TX 75254-7021 | Tax Ease Ohio LLC<br>CO CSC Lawyers Inc Service<br>50 West Broad St., Suite 1800<br>Columbus, OH 43215-5910 | Tax Ease Ohio, LLC<br>c/o Sandhu Law Group, LLC<br>1213 Prospect Avenue, Suite 300<br>Cleveland, Ohio 44115-1260 |
| Tax Redevelopment, LLC<br>2623 Erie Avenue<br>Cincinnati, OH 45208-2001 | U.S. Bank National Association<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>ATTN: Bankruptcy Dept. PO BOX 619096<br>Dallas, TX. 75261-9741 | US Attorney<br>200 W Second St Rm 602<br>Dayton OH 45402-1480 |
| Wf Crd Svc<br>Cscl Dispute Team N8235-04m<br>Des Moines, IA 50306 | Wffinancial<br>2501 Seaport Dr Ste Bh30<br>Chester, PA 19013-2249 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Applied Bank<br>4700 Exchange Court<br>Boca Raton, FL 33431 | Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | Montgomery County Environmental Services<br>1850 Spaulding Rd.<br>Kettering OH 45432 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)HSBC Bank USA, NA | (u)JPMorgan Chase Bank, NA | (u)Tax Ease Ohio, LLC |
| (d)Tax Redevelopment, LLC<br>2623 Erie Ave.<br>Cincinnati, OH 45208-2001 | (u)US Bank, NA | (u)Wells Fargo Bank, N.A. |

End of Label Matrix
Mailable recipients    52
Bypassed recipients     6
Total                  58

LBR Form 2014-1(g) – 2            EXHIBIT A

## AFFIDAVIT OF PROPOSED SPECIAL COUNSEL

State of Ohio            }
                         } ss:
County of Montgomery   }

I, Julia C. Kolber, being duly sworn, hereby declare under oath the following:

- I am the Attorney named in the Application of to Appoint Special Counsel.

- My mailing address, telephone number, fax number, email address and state bar number are:

    Julia C. Kolber, (Bar Reg. #0078855)
    **Boucher & Boucher Co., LPA**
    12 W. Monument Ave., Suite 200
    Dayton, OH 45402-1202
    t: 937.223.0122
    f: 937.223.0120
    *Email: julia@boucherandboucher.com*

- I am an Attorney licensed and in good standing to practice in the State of Ohio I and am duly admitted to practice in the Common Pleas Court of Montgomery County, Ohio.

- The representations set forth in the Application to Appoint Special Counsel are true and correct.

- I have no past or present relationship to the Debtor(s), the Trustee, any creditor or equity security holder of the Debtor(s), except as counsel for Debtor(s) regarding the Dry Patrol, LLC liability claim of **Jeffrey Richmond,** and as except for counsel for Debtor on past, unrelated lawsuits and legal matters. Further, I have no connection with the Debtor(s), creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as counsel for Debtor(s) regarding the Dry Patrol, LLC liability claim of **Jeffrey Richmond** and as except for counsel for Debtor on past, unrelated lawsuits and legal matters.

- I do not represent or hold an interest adverse to the debtor(s) or to the estate with respect to the matter on which I am to be employed.

- My proposed employment is not prohibited by or improper under Fed. R. Bankr. P. 5002.

- I declare under penalty of perjury that the foregoing is true and correct.

                                                                  _____
                                                                  Julia C. Kolber, (Bar Reg. #0078855)

Sworn to and subscribed before me said Julia C. Kolber on this 6th day of February, 2018.

                                                                  _____
                                                                  Notary Public
                                                                  Commission Expires _____

KIMBERLY R SAINE, Notary Public
In and for the State of Ohio
My Commission Expires April 28, 2021